STATE OF CONNECTICUT *v.* JULIUS MARSHALL

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 66 (AC 14408), is granted, limited to the following issue:

"Whether the Appellate Court properly held that the trial court's admission of the two videotapes of the accusing child witness and the testimony of the six other witnesses as constancy of accusation evidence was proper?"

The Supreme Court docket number is SC 15717.

*Pamela S. Nagy,* special assistant public defender, in support of the petition.

*Robert J. Scheinblum,* deputy assistanat state's attorney, in opposition.

Decided June 25, 1997

RAVINDER SINGH *v.* DEPARTMENT OF PUBLIC HEALTH AND ADDICTION SERVICES

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 83 (AC 15598), is denied.

*Michael A. Georgetti,* in support of the petition.

Decided June 25, 1997